UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT KIRGIN ) | |
| ) | Case Number: 09-4987 |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | |
| FIRST CREDIT SERVICES, INC. ) | |
| d/b/a/ ACCOUNTS RECEIVABLE ) | |
| TECHNOLOGIES, INC. ) | |
| ) | |
| Defendant. | |

## STIPULATION OF DISMISSAL

AND NOW, this 26th day of July, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY:   /s/ *Brent F. Vullings  BFV 8435*
        Brent F. Vullings, Esquire
        Attorney for Plaintiff


Fineman, Krekstein & Harris

BY:/s/ *Richard J. Perr*
        Richard J. Perr, Esquire
        Attorney for Defendant