

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT KIRGIN, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST CREDIT SERVICES, INC. d/b/a/ ACCOUNTS RECEIVABLE TECHNOLOGIES, INC. <br><br> Defendant. | Case Number: 09-4987 <br><br> CIVIL ACTION |

FILED
JUL 28 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION OF DISMISSAL

AND NOW, this 26th day of July, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY:  /s/ *Brent F. Vullings  BFV 8435*
Brent F. Vullings, Esquire
Attorney for Plaintiff


Fineman, Krekstein & Harris

BY:/s/ *Richard J. Perr*
Richard J. Perr, Esquire
Attorney for Defendant

Approved!
7/27/10

ENTERED
JUL 29 2010
CLERK OF COURT